IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEO WILLIAM THOMPSON, ) <br> ID # 2238303, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DIRECTOR, TDCJ-CID, ) <br> ) <br> Respondent. ) | <br><br><br><br><br><br><br><br>Civil Action No. 3:20-CV-103-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Petitioner's Petition for a Writ of Habeas Corpus should be DISMISSED without prejudice for lack of jurisdiction.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's Petition for a Writ of Habeas Corpus by a Person in State Custody, received on January 15, 2020, is **DISMISSED** for lack of jurisdiction without prejudice

to Petitioner's right to file a motion for leave to file a successive § 2254 petition in the United States Court of Appeals for the Fifth Circuit.

SO ORDERED.

Dated this ___9th___ day of January, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE